IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robin P. Petersen,<br><br>    Plaintiff,<br><br>vs.<br><br>The Boeing Company, a Delaware corporation; Boeing International Support Systems Company, Saudi Arabia Limited, A corporation or other business entity or Division of The Boeing Company,<br><br>    Defendants. | No. CV-10-999-PHX-R0S<br><br>**NOTICE OF APPEAL** |

Now comes the Plaintiff, Robin P. Petersen and hereby gives notice that he is appealing to the Ninth Circuit Court of Appeals, San Francisco, California from the judgment in favor of Defendants, which was entered in this action on March 9, 2011 and order denying motion to vacate judgment or to amend judgment and for leave to file an amended complaint entered in this action on December 5, 2011.

Date: December 26th, 2011

Robin P. Petersen
Pro Se
100 Robins W. Parkway #105
Warner Robins, GA 31088
(480) 993-5344
E-mail ASU55RP@hotmail.com

# CERTIFICATE OF SERVICE

1. I Robin P. Petersen certify that the foregoing notice of appeal was sent by certified registered U.S. mail to Geoffrey M.T. Sturr, Attorney for the Plaintiff at The Phoenix Plaza, 21st. Floor, 2929 N. Central Avenue, Phoenix, Arizona 85012-2793 on this date; _December 26th 2011_

*(signature: R P Petersen)*

Robin P. Petersen
Pro Se